IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SARI K. SILWANI,** *et al.***,**

    **Plaintiffs,**

    **vs.**

**HONORABLE ROBIN REAMES,** *et al.***,**

    **Defendants.**

Case No. 2:19-cv-3356

Chief Judge Algenon L. Marbley

Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter came before the Court on May 4, 2021 for a telephonic status conference. Plaintiffs, appearing *pro se*, and counsel for Defendants participated in the conference.

As discussed more fully during the conference, the Court permitted Plaintiffs' previous counsel to withdraw based on matters that began in early April of this year. Plaintiff, Mr. Silwani, indicates that he still is in the process of attempting to obtain an attorney. Under the circumstances, the Court is not inclined to grant a lengthy extension of time for Mr. Silwani to obtain legal counsel. Accordingly, this case is scheduled for another **TELEPHONIC STATUS CONFERENCE** on **MAY 18, 2021**[1] **at 11:00 A.M**. The parties are directed to call 1-877-336-1280, and enter access code 7598806#, followed by security code 1234#. Plaintiffs are **ADVISED** that if they have not retained counsel to appear at this conference on their behalf, they will be obligated to proceed with the remainder of the case *pro se*.

---

[1] The Court indicated during the status conference that the next conference would be on May 14, 2021. Because of the Undersigned's schedule, the Court cannot hold a conference on May 14, 2021.

**IT IS SO ORDERED.**

**DATED:  May 4, 2021**

/s/ *Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**