

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 JUN 29 PM 5:31

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| SARI K. SILWANI, ET AL | : | CASE NO: 2:19-cv-3356 |
| Plaintiffs, | : | JUDGE ALGENON L. MARBLEY |
| vs. | : | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| THE HONORABLE ROBIN REAMES, ET AL | : | |
| Defendants. | : | |

### ORDER OF TERMINATION: DISMISSAL ENTRY WITH PREJUDICE

The Court having been advised by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice.

It is the intention of the parties to preserve this Court's jurisdiction to enforce the settlement under *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994) and *Caudill v. North American Media Corp.*, 200 F.3d 914 (6th Cir. 2000).

The Court will, therefore, retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

IT IS SO ORDERED this 29TH day of June, 2021.

_____
MAGISTRATE JUDGE ELIZABETH DEAVERS

APPROVED:

_____
Lynnette Dinkler (0065455)
lynnette@dinkler-law.com
DINKLER LAW OFFICE, LLC
5335 Far Hills, Suite 123
Dayton, OH 45429
*Attorney for Defendant Village of Russells Point*

_____
Sari K. Silwani
10009 Township Road 253
Lakeview, OH 43331
*Plaintiffs*